IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                                      CRIMINAL ACTION NO. 2:18-cr-00005-2

MELODY SUE LEGG

MEMORANDUM OPINION AND ORDER

Pending before the court is Defendant Melody Legg's Motion for Compassionate Release [ECF No. 231]. In the motion, Ms. Legg requests compassionate release based on the COVID-19 pandemic.

The First Step Act empowers criminal defendants to request compassionate release for "extraordinary and compelling reasons." 18 U.S.C. § 3582(c)(1)(A)(i). To grant an inmate's motion for compassionate release under section 3582(c)(1)(A)(i), the court must: (1) find that "extraordinary and compelling reasons" warrant a sentence reduction, and (2) consider the relevant 18 U.S.C. § 3553(a) sentencing factors. *Id.* § 3582(c)(1)(A). When analyzing "extraordinary and compelling reasons," "[t]he district court enjoy[s] broad discretion." *United States v. Kibble*, 992 F.3d 326, 330 (4th Cir. 2021). The Fourth Circuit has determined that district courts may take a more individualized approach regarding whether "extraordinary and compelling reasons" are established. *United States v. McCoy*, 981 F.3d 271, 286 (4th Cir. 2020).

Therefore, "district courts are 'empowered . . . to consider *any* extraordinary and compelling reason for release that a defendant might raise.'" *Id.* at 284 (quoting *United States v. Zullo*, 976 F.3d 228, 230 (2d Cir. 2020)).

I have joined other courts in holding that I cannot find that "extraordinary and compelling reasons" exist to grant release because of COVID-19 unless the inmate has a medical condition that puts her more at risk for developing a serious illness from COVID-19 *and* her prison conditions are such that the Federal Bureau of Prisons ("BOP") cannot effectively prevent the spread of COVID-19. *See United States v. Boston*, No. 2:19-cr-00162, 2021 WL 77466, at *2 (S.D.W. Va. Jan. 7, 2021). Factors include but are not limited to the steps the BOP has taken to stop the spread of COVID-19 in that particular prison, the steps the BOP has taken to follow the Centers for Disease Control and Prevention's ("CDC") guidance, the ability of inmates to socially distance, the amount of hygiene products and face masks provided to inmates, and the number of COVID-19 cases in that prison. *Id.* at *4; *see also United States v. Penaloza*, No. 19-238, 2020 WL 1555064, at *2 (D. Md. Apr. 1, 2020) ("[T]he mere presence of the virus, even in the detention setting, does not automatically translate to the release of a person accused.").

Ms. Legg is housed at the Federal Prison Camp Alderson in Alderson, West Virginia. *Find an Inmate*, Fed. Bureau of Prisons, https://www.bop.gov/ inmateloc/index.jsp (first name "Melody," last name "Legg") (last visited Jan. 12, 2023). FPC Alderson is a minimum security federal prison camp for female offenders.

FPC Alderson currently houses 668 total inmates. *FPC Alderson*, Fed. Bureau of Prisons, https://www.bop.gov/locations/institutions/ald/ (last visited Jan. 12, 2023). As of January 12, 2023, FPC Alderson reports zero active COVID-19 cases among inmates and four active cases among staff. *See Facility-Level BOP COVID-19 Trends*, Dep't of Just. Off. of the Inspector Gen., https://experience.arcgis.com/experience/ab22fb4c564e4f4b986e257c685190e8/page/page_2 (select "FPC Alderson") (last visited Jan. 12, 2023). In fact, the institution has not reported an active inmate COVID-19 case since October 5, 2022. *Id.*

Given the lack of COVID-19 spread at FPC Alderson, Ms. Legg has not demonstrated that her prison conditions are such that the BOP cannot effectively prevent the spread of COVID-19. Therefore, I cannot find that extraordinary and compelling reasons exist to release Ms. Legg. Her motion [ECF No. 231] is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:    January 13, 2023

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

3